## Sharpless, Appellant, *v.* McNichol.

Argued September 12, 1968. *Albert Ring,* with him *Don F. D'Agui,* and *D'Agui & Del Collo,* for appellant; *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellees.

Order affirmed.

## Whitcomb *v.* Whitcomb, Appellant.

Argued September 11, 1968. *Edward S. Lawhorne,* for appellant; *Howard F. Reed, Jr.,* with him *Reed, Gibbons & Buckley,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.